# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Joe Camargo | CASE NUMBER<br><br>2:16-MJ-00164 |
| PLAINTIFF | |
| DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _04/21/16_____, _____, at _3:00_____ ☐a.m. / ☒p.m. before the Honorable _SHERI PYM_____, in Courtroom _4 - 3rd Floor_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _4-20-16_____

_SHERI PYM_____
U.S. District Judge/Magistrate Judge